# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of June, two thousand twenty-five,

Jose Armando Flores-Palma,

      Petitioner,

v.

Pamela Bondi, United States Attorney General,

      Respondent.

**ORDER**
Docket No. 25-1271

By order dated June 11, 3025, the Court tolled the proceedings within this case for a period of 90 days so that the Petitioner and the Government could determine whether remand of this case to the Board of Immigration Appeals (BIA) was warranted.

By letter dated June 18, 2025, Respondent informed the Court of its intention to cancel the tolling period and resume proceedings in this Court.

Effective June 23, 2025, the tolling period is canceled, and the time for the next scheduled event in the case begins to run.

Petitioner's scheduling notification is due July 8, 2025.

A motion to extend the tolling or any other time period is disfavored and subject to the extraordinary circumstance standard. See Local Rule 27.1(f)(1).

      For The Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court

