# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of October, two thousand twenty-five.

Before:    José A. Cabranes,
      *Circuit Judge.*

_____

Jose Armando Flores-Palma,

    Petitioner,

 v.

Pamela Bondi, United States Attorney General,

    Respondent.
_____

**ORDER**

Docket No. 25-1271

  Petitioner moves for an extension of time to and including December 2, 2025, to file the opening brief.

  IT IS HEREBY ORDERED that the motion is GRANTED.

            For the Court:
            Catherine O'Hagan Wolfe,
            Clerk of Court